# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOMINICK WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:24-cv-00277 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| CITY OF CHICAGO et al., ) | |
| ) | |
| Defendants. ) | |

## GONZALEZ'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Francisco Gonzalez, by and through one of his attorneys, Brian Siegel, Assistant Corporation Counsel, respectfully requests an extension of time to answer or otherwise plead up to and including April 15, 2024. In support of this unopposed motion, Defendant states as follows:

1. Plaintiff filed his initial complaint on January 11, 2024. *See* Dkt. No. 1.

2. On February 23, 2024, Plaintiff filed an Amended Complaint, naming Francisco Gonzalez for the first time. Dkt. No. 11.

3. The undersigned were informed that on March 8, 2024, Officer Gonzalez received the operative complaint from the Chicago Police Department's Office of Legal Affairs.

4. The undersigned were not able to meet with Officer Gonzalez until March 27, 2024, to obtain his consent for representation and discuss the facts of the case.

5. Additionally, in order to properly prepare responsive pleadings, the undersigned counsel will need to obtain relevant records and investigate the facts underlying Plaintiff's Amended Complaint.

6. This Court previously granted Defendant City's unopposed motion for an extension of time. Dkt. No. 18.

7. The undersigned needs time to confer with attorneys for Defendant City regarding this matter.

On March 27, 2024, the undersigned sent an email to Plaintiff's counsel. Plaintiff's counsel responded on March 28, 2024, that Plaintiff does not object to this motion.

**WHEREFORE**, the Defendant Officer requests this Court grant its motion for an extension of time to answer or otherwise plead up to and including April 15, 2024 and for any other relief this Court deems just and appropriate.

Respectfully submitted,

*/s/ Brian S. Siegel*
Brian S. Siegel
Assistant Corporation Counsel
Attorney No. 6330440

Jordan Yurchich, Assistant Corporation Counsel Supervisor
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312)744-5890
brian.siegel@cityofchicago.org
jordan.yurchich2@cityofchicago.org
***Attorneys for Francisco Gonzalez***

## **CERTIFICATE OF SERVICE**

I, an attorney, hereby certify that, on **March 28, 2024**, I submitted with the Clerk for the Northern District of Illinois using the Court's electronic filing system or CM/ECF **DEFENDANT OFFICER GONZALEZ'S UNOPPOSED MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD** and thereby provided a copy of same by service to all attorneys of record at the electronic addresses they provided to the court.

*/s/ Brian S. Siegel*
Brian S. Siegel
Assistant Corporation Counsel